UNITED STATES BANKRUPTCY COURT
FOR THE **CENTRAL DISTRICT** OF ILLINOIS, **DANVILLE DIVISION**

IN RE: **CAROL ANN ZOLADZ,**             )
                                          )   Case No.: **13-90051**
        Debtor(s).                        )   Chapter No.: **7**
                                          )   Honorable Judge Gerald D. Fines

## MOTION TO EXTEND TIME

**NOW COMES** the Debtor(s), **CAROL ANN ZOLADZ,** by and through her attorney, KARREN S. FARMER, and moves this Honorable Court to Extend the Time for the purpose of filing reaffirmation agreement(s) and in support of said motion Debtor(s) states as follows:

1. The Debtor(s) filed the above captioned case on January 16, 2013.

2. Creditor, Best Buy, has provided Debtor with a reaffirmation agreement. The Debtor(s) now wants to redeem her personal property. The Debtor(s) needs an additional fourteen (14) days to complete negotiations on said redemption for personal property the Debtor wishes to retain.

**WHEREFORE**, the Debtor(s), **CAROL ANN ZOLADZ,** prays that this Honorable Court allow her Motion to Extend Time.

Respectfully submitted,
**CAROL ANN ZOLADZ,**

By:   /s/ Karren S. Farmer
      Law Office of Karren S. Farmer
      Attorney & Counselor at Law
      2 Dearborn Square, Suite 1
      Kankakee, IL 60901-3961
      815.935.0100
      13-102

# **CERTIFICATE OF SERVICE**

I, the undersigned being duly sworn and under oath, do hereby certify that on the **12th** day of **August, 2013**, I electronically delivered a copy of the attached **Motion to Extend Time** to the U.S. Bankruptcy Court, 201 North Vermilion, #120, Danville, Illinois 61832. In addition, I certify that I also electronically delivered this document to the following:

**Mr. Roger L. Prillaman
Standing Chapter 7 Trustee
220 West Main Street
Urbana, IL 61801**

**U.S. Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602**

and by depositing said document(s) in the U.S. Mail by 6:00 p.m., postage fully prepaid and envelope properly addressed thereto on the **12th** day of **August, 2013** at Kankakee, Illinois to the following:

**Ms. Carol A. Zoladz
2596 East 3660 South Road
Kankakee, IL 60901**

/s/ Karren S. Farmer
Law Office of Karren S. Farmer
Attorney & Counselor at Law
2 Dearborn Square, Suite 1
Kankakee, IL 60901-3961
815.935.0100
13-102