IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CAROL ANN ZOLADZ                )
                                )        CHAPTER 7 NO.  13-90051
DEBTOR.                         )

TRUSTEE'S SECOND  MOTION FOR TURNOVER

NOW COMES the Trustee,  ROGER L. PRILLAMAN, and for his First Motion for Turnover, states as follows:

1.    The Debtor filed her voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on January 16, 2013 .

2.    I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3.    Subsequent to the  341(a) Meeting of Creditors, Debtor disclosed a cash value life insurance policy with Prudential, which was unscheduled. Debtor has provided Trustee with information on said policy showing a cash value of $2,526.94 as of January 16, 2013.   The beneficiary named at the time of filing was Debtor's ex-spouse, a non-dependent.

4.    Said cash value life insurance policy is an asset of the bankruptcy estate and subject to turnover.

WHEREFORE, ROGER L. PRILLAMAN, Trustee, respectfully prays that this Court enter an appropriate Order directing the Debtor to immediately  turnover the sum of $2,526.94, reflecting the cash value of the Prudential policy as of date of filing, January 16, 2013.  In the alternative, Debtor may borrow the cash value from said policy and turn same over to Trustee as opposed to surrendering the policy.

BY:   /s/Roger L. Prillaman_____
Roger L. Prillaman,
Chapter 7 Trustee
220 W. Main Street
Urbana, IL 61801

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the above instrument was filed electronically with the Court on  the  27th day of August, 2013, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

All parties of electronic record
Karren Farmer, Attorney for Debtor

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Carol Zoladz
2596 E. 3660 S Rd.
Kankakee, IL 60901-7058


BY:  ___/s/Roger L. Prillaman _____
      ROGER L. PRILLAMAN
      ATTORNEY FOR DEBTOR




PRILLAMAN & MOORE, LTD.
220 W. MAIN STREET
URBANA, IL 61801-2622
PHONE 217/384-1300
FAX 217/384-1318