IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:  CAROL A. ZOLADZ            )
                                   )     CASE NO. 13-90051
DEBTORS.                           )

TRUSTEE'S OBJECTION TO CLAIM NO. 1-1 OF CAPITAL ONE, N.A

      NOW COMES ROGER L. PRILLAMAN, Chapter 7 Trustee, and objects to Claim No. 1-1 filed by CAPITAL ONE, N.A. in the amount of $5,268.90.  The claim is secured.  The only claims allowable under 11 U.S.C. Sec. 507 are unsecured claims.

      WHEREFORE, the Trustee prays that this Court enter an Order allowing the Trustee's objection to claim 1-1.

> If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court within 30 days from the date of this notice.  You must file your answer early enough so that the Court will receive it on or before this date.  You must serve a copy of your answer on the Trustee and all parties listed on the proof of service, which is attached hereto. ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT OT THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION. *Go to www.ilcb.uscourt.gov for information re: mandatory electronic filing.*

      BY:  /s/Roger L. Prillaman
      Roger L. Prillaman,
      Chapter 7 Trustee
      220 W. Main Street
      Urbana, IL 61801
      (217)384-1300

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above instrument was filed electronically with the Court on the 4th day of November, 2013, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U.S. Trustee
Karren S. Farmer, Attorney for Debtor

and by depositing a copy of the foregoing in a U.S. Post Office Box in Urbana, Illinois, enclosed in an envelope with proper postage prepared, addressed to the following in the manner set forth.

Capital One, N.A.
c/o Bass & Associates, PC
3936 E.Ft. Lowell Rd. Suite #200
Tuscon, AZ 85712


BY:    /s/Roger L. Prillaman


PRILLAMAN & MOORE, LTD.
220 W. MAIN STREET
URBANA, IL 61801-2622
PHONE 217/384-1300