Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Carol Ann Zoladz
*Debtor*

*Case No.:* 13−90051

*Chapter:* 7

---

### *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**Order re: Objection to Claim: 1 filed by Capital One. Objection allowed as filed. (RE: related document(s)80 Objection to Claim filed by Trustee Roger L Prillaman). (court, lblo)**

Dated: 12/5/13

Khadijia V. Thomas
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.