# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

In re: § Case No. 13-90051
§
CAROL ANN ZOLADZ §
§
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/16/2013. The undersigned trustee was appointed on 01/16/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,355.79

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $4.29 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,351.50 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/16/2013 and the deadline for filing government claims was 07/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $588.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $588.95, for a total compensation of $588.95[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2013          By:    /s/ Roger L. Prillaman
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 13-90051-GDF | **Trustee Name:** Roger L. Prillaman |
| **Case Name:** | ZOLADZ, CAROL ANN | **Date Filed (f) or Converted (c):** 01/16/2013 (f) |
| **For the Period Ending:** | 11/5/2013 | **§341(a) Meeting Date:** 02/27/2013 |
| | | **Claims Bar Date:** 07/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2596 East 3660 South Road, Kankakee, Illinois 60901 - frame ranch, 3 bedrooms, 2 bathrooms, with a partial, unfinished basement and an attached, 2 1/2 car garage (owns jointly with ex-spouse, David S. Zoladz, 23 Lawrence Drive, Aroma Park, Illinois 60910) | $140,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | cash on hand - with Debtor(s) | $1.00 | $0.00 | OA | $0.00 | FA |
| 3 | checking account - Home Star Bank, 576 Latham Drive, Bourbonnais, Illinois 60914 | $9,878.24 | Unknown | OA | $0.00 | FA |
| **Asset Notes:** | 7-22-13; Objection to Claim of Exemption still pending with court. | | | | | |
| 4 | savings account - Commonwealth Credit Union, P.O. Box 380, | $100.05 | $0.00 | OA | $0.00 | FA |
| 5 | savings account - Home Star Bank, 576 Latham Drive, Bourbonnais, Illinois 60914 (child account) | $219.69 | $0.00 | OA | $0.00 | FA |
| 6 | savings account - Home Star Bank, 576 Latham Drive, Bourbonnais, Illinois 60914 | $155.50 | $0.00 | OA | $0.00 | FA |
| 7 | savings account - Home Stark Bank, 576 Latham Drive, Bourbonnais, Illinois 60914 (child account) | $698.93 | $0.00 | OA | $0.00 | FA |
| 8 | household goods and furnishings - with Debtor(s) | $500.00 | $0.00 | OA | $0.00 | FA |
| 9 | wearing apparel - with Debtor(s) | $200.00 | $0.00 | OA | $0.00 | FA |
| 10 | Oppenheimer Funds, 15255 South 94th Avenue, Orland Park, Illinois 60462-3800 (child account) | $1,582.83 | $0.00 | OA | $0.00 | FA |
| 11 | Oppenheimer Funds, 19259 South 94th Avenue, Orland Park, Illinois 60462-3800 (child account) | $3,484.44 | $0.00 | OA | $0.00 | FA |
| 12 | Fidelity Investments, 200 Magellan Way, Covington, Kentucky 41015 | $38,448.95 | $0.00 | OA | $0.00 | FA |
| 13 | Prudential Retirement, P.O. Box 8000, Millville, New Jersey 08332 | $12,528.41 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2         Exhibit A

| Case No.: | 13-90051-GDF | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|
| Case Name: | ZOLADZ, CAROL ANN | Date Filed (f) or Converted (c): | 01/16/2013 (f) |
| For the Period Ending: | 11/5/2013 | §341(a) Meeting Date: | 02/27/2013 |
| | | Claims Bar Date: | 07/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  2012 estimated federal income tax refund (EIC = $2,251.00, ACTC = 117.00) | $2,368.00 | $0.00 | OA | $0.00 | FA |
| 15  2012 estimated state income tax refund | $62.00 | $0.00 | OA | $0.00 | FA |
| 16  1995 Ford Station Wagon (mileage = 155,000) - with Debtor(s) | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 17  2003 Chevrolet Astro Van (mileage = 120,000) - with Debtor(s) (owns jointly with ex-spouse, David S. Zoladz, 23 Lawrence Drive, Aroma Park, Illinois 60910) | $2,500.00 | $0.00 | OA | $0.00 | FA |
| 18  Prudential Life Insurance - unscheduled  (u) | $0.00 | $2,355.79 | | $2,355.79 | FA |
| Asset Notes:  Trustee still awaiting beneficiary designation as of date of filing; 9/26/13 money received | | | | | |
| 19  Pontoon Boat - undisclosed | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  Undisclosed asset - asset listed in recent divorce decree; debtor claims boat sold to neighbor; title not yet produced; investigation continuing; Trustee deems boat of no value - greatly deteriorated. | | | | | |
| 20  Ranch King Mower | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  Trustee deems mower of no value - elects to abandon | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**
                                $213,728.04          $2,355.79                              $2,355.79                                  $0.00

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | /s/ ROGER L. PRILLAMAN |
|---|---|---|---|
| | | | ROGER L. PRILLAMAN |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-90051-GDF | Trustee Name: | Roger L. Prillaman |
|---|---|---|---|
| Case Name: | ZOLADZ, CAROL ANN | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***2418 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Carol Zoladz |
| For Period Beginning: | 1/16/2013 | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 11/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | (18) | Carol Zoladz | payment on Motion for Turn-Over - life insurance | 1129-000 | $2,355.79 | | $2,355.79 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.49 | $2,355.30 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.80 | $2,351.50 |
| | | | **TOTALS:** | | $2,355.79 | $4.29 | $2,351.50 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,355.79 | $4.29 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,355.79 | $4.29 | |

**For the period of 1/16/2013 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,355.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,355.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/26/2013 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,355.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,355.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 13-90051-GDF | | **Trustee Name:** | Roger L. Prillaman |
| **Case Name:** | ZOLADZ, CAROL ANN | | **Bank Name:** | GREEN BANK |
| **Primary Taxpayer ID #:** | **-***2418 | | **Checking Acct #:** | ******5101 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Carol Zoladz |
| **For Period Beginning:** | 1/16/2013 | | **Blanket bond (per case limit):** | $114,123,713.00 |
| **For Period Ending:** | 11/5/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,355.79 | $4.29 | $2,351.50 |

**For the period of 1/16/2013 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,355.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,355.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/16/2013 to 11/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,355.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,355.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROGER L. PRILLAMAN

ROGER L. PRILLAMAN

| Case No. | 13-90051-GDF | | | | | | Trustee Name: | Roger L. Prillaman |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ZOLADZ, CAROL ANN | | | | | | Date: | 11/5/2013 |
| Claims Bar Date: | 07/16/2013 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ROGER L. PRILLAMAN<br><br>220 W. Main St.<br>Urbana IL 61801 | 11/04/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $588.95 | $588.95 | $0.00 | $0.00 | $0.00 | $588.95 |
| 1 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 03/06/2013 | Pers. Prop. & Intangibles- -Consensual Liens (UCC, chattel, PMSI) | Disallowed | 4210-000 | $4,673.41 | $5,268.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** credit card filed as secured -

| | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | 05/13/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,178.15 | $12,184.47 | $12,184.47 | $0.00 | $0.00 | $0.00 | $12,184.47 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/13/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,061.21 | $14,311.28 | $14,311.28 | $0.00 | $0.00 | $0.00 | $14,311.28 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 05/15/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,903.70 | $2,110.83 | $2,110.83 | $0.00 | $0.00 | $0.00 | $2,110.83 |

**Claim Notes:**   (4-1) Unsecured Debt

CLAIM ANALYSIS REPORT

| Case No.: | 13-90051-GDF | | | Trustee Name: | Roger L. Prillaman |
| Case Name: | ZOLADZ, CAROL ANN | | | Date: | 11/5/2013 |
| Claims Bar Date: | 07/16/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 05/15/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $57.77 | $57.77 | $0.00 | $0.00 | $0.00 | $57.77 |
| **Claim Notes:** (5-1) Unsecured Debt | | | | | | | | | | | | |
| 6 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 06/12/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $898.52 | $1,111.34 | $1,111.34 | $0.00 | $0.00 | $0.00 | $1,111.34 |
| 7 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 06/12/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,151.48 | $5,259.30 | $5,259.30 | $0.00 | $0.00 | $0.00 | $5,259.30 |
| 8 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 06/12/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,136.21 | $4,197.46 | $4,197.46 | $0.00 | $0.00 | $0.00 | $4,197.46 |
| 9 | ECAST SETTLEMENT CORP.<br><br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 06/27/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,838.24 | $3,828.80 | $3,828.80 | $0.00 | $0.00 | $0.00 | $3,828.80 |

| Case No. | 13-90051-GDF | | | | | | | Trustee Name: | Roger L. Prillaman | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ZOLADZ, CAROL ANN | | | | | | | Date: | 11/5/2013 | | | |
| Claims Bar Date: | 07/16/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE BAN POB 29262 New York NY 10087-9262 | 07/05/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,622.36 | $5,631.92 | $5,631.92 | $0.00 | $0.00 | $0.00 | $5,631.92 |
| 11 | CAPITAL ONE NA POB 3001 Malvern PA 19355-0701 | 07/05/2013 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,224.11 | $3,243.70 | $3,243.70 | $0.00 | $0.00 | $0.00 | $3,243.70 |
| | | | | | | $57,794.72 | $52,525.82 | $0.00 | $0.00 | $0.00 | | $52,525.82 |

# CLAIM ANALYSIS REPORT

| Case No. | 13-90051-GDF | Trustee Name: | Roger L. Prillaman |
| Case Name: | ZOLADZ, CAROL ANN | Date: | 11/5/2013 |
| Claims Bar Date: | 07/16/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Payments to Unsecured Credit Card Holders | $51,936.87 | $51,936.87 | $0.00 | $0.00 | $0.00 | $51,936.87 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $5,268.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $588.95 | $588.95 | $0.00 | $0.00 | $0.00 | $588.95 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      13-90051
Case Name:     CAROL ANN ZOLADZ
Trustee Name:  Roger L. Prillaman

|  |  |
|---|---:|
| Balance on hand: | $2,351.50 |

Claims of secured creditors will be paid as follows:

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,351.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Roger L. Prillaman, Trustee Fees | $588.95 | $0.00 | $588.95 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $588.95 |
| Remaining balance: | $1,762.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,762.55 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,762.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $51,936.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Capital One Bank (USA), N.A. | $12,184.47 | $0.00 | $413.50 |
| 3 | PYOD, LLC its successors and assigns as assignee | $14,311.28 | $0.00 | $485.67 |
| 4 | Quantum3 Group LLC as agent for | $2,110.83 | $0.00 | $71.63 |
| 5 | Quantum3 Group LLC as agent for | $57.77 | $0.00 | $1.96 |
| 6 | Capital Recovery V, LLC | $1,111.34 | $0.00 | $37.71 |
| 7 | Capital Recovery V, LLC | $5,259.30 | $0.00 | $178.48 |
| 8 | Capital Recovery V, LLC | $4,197.46 | $0.00 | $142.45 |
| 9 | eCAST Settlement Corp. | $3,828.80 | $0.00 | $129.94 |
| 10 | eCAST Settlement Corporation assignee of Chase Ban | $5,631.92 | $0.00 | $191.13 |
| 11 | Capital One NA | $3,243.70 | $0.00 | $110.08 |

Total to be paid to timely general unsecured claims:     $1,762.55
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**